FILED

JUN 01 2022

U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No.    3:22-CR- 37 |
| v. | |
| WESTLEY GEHMAL MCCORMICK, | Violation:    18 U.S.C. § 371 |
| Defendant. | |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

(Conspiracy)

On or about March 1, 2020 to on or about February 12, 2021, in Berkeley County, in the Northern District of West Virginia and elsewhere, defendant **WESTLEY GEHMAL MCCORMICK**, unlawfully, knowingly and willfully did combine, conspire, confederate and agree together and with others to commit an offense against the United States, to wit, to transfer a firearm to a prohibited person, in violation of the Gun Control Act, Title 18 United States Code, Sections 922(a), 922(d), and 924(a).

In furtherance of the conspiracy and to effect the objects of the conspiracy the following overt act, among others, were committed in the Northern District of West Virginia:

a. On or about October 18, 2020, defendant **WESTLEY GEHMAL MCCORMICK**, provided a Ruger, Model Ruger-57, .57 caliber pistol, bearing serial number 641-37465, to Desmond Lamont Davis, knowing and having reasonable cause to believe that Desmond

    Lamont Davis was an unlawful user of a controlled substance as defined in 21 U.S.C. § 802; and

b. On or about February 12, 2021, officers located the box for the Ruger, Model Ruger-57, .57 caliber pistol, bearing serial number 641-37465 in the residence of Desmond Lamont Davis pursuant to a state search warrant.

All in violation of Title 18, United States Code, Section 371.

*[signature]*
WILLIAM IHLENFELD
United States Attorney